1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2767

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CASE NO. 2:11-cr-85 GEB
                                  )
11              Plaintiff,        )
                                  )
12    v.                          )    STIPULATION AND [PROPOSED]
                                  )    ORDER TO SCHEDULE SENTENCING
13 DONYE MARCELL MITCHELL, SR.    )    FOR APRIL 13, 2012
                                  )
14                                )
                                  )
15              Defendant.        )
   _____)
16

17

18      The parties request that the sentencing in this case be

19 rescheduled for April 13, 2012 at 9:00 a.m. in Courtroom 10

20 before the Honorable Garland E. Burrell, Jr., U.S. District

21 Judge.  The parties have confirmed the availability of this date

22 with the Court's clerk.

                              Respectfully Submitted,
23
                              BENJAMIN B. WAGNER
24                            United States Attorney

25

26 DATE: March 27, 2012      By:  /s Jared Dolan_____
                                  JARED C. DOLAN
27                                Assistant U.S. Attorney

28

   Stip and [Proposed] Order to Continue Sentencing
   2:11-cr-85 GEB                1

DATE: March 27, 2012                    /s Jared Dolan for
                                        MATTHEW SCOBLE
                                        Attorney for Defendant


                                    **SO ORDERED.**

Dated:  March 27, 2012


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip and [Proposed] Order to Continue Sentencing
2:11-cr-85 GEB                          2